**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-7828**

———————

JATHIYAH ABDUR-RAHMAN AL-BAYYINAH,

Plaintiff - Appellant,

versus

CAPTAIN MARSHALL HUDSON; LIEUTENANT DONNIE R.
RAYNOR;  SERGEANT  B.  BYNUM;  BOYD  BENNETT;
MARVIN L. POLK, Warden,

Defendants - Appellees,

and

R. C. LEE, Warden,

Defendant.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.    James C. Fox, Senior
District Judge.  (5:02-ct-00462-F)

———————

Submitted:  July 9, 2007              Decided:  November 8, 2007

———————

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jathiyah abdur-Rahman al-Bayyinah, Appellant Pro Se.    Yvonne
Bulluck Ricci, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North
Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jathiyah abdur-Rahman al-Bayyinah appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of corrections officials in al-Bayyinah's 42 U.S.C. § 1983 (2000) action alleging violation of his First Amendment right to free exercise of religion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Al-Bayyinah v. Hudson, No. 5:02-ct-00462-F (E.D.N.C. Sept. 25, 2006). We also deny al-Bayyinah's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED